UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN T. SHUMATE, CB0420,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE ENGRAM, Sheriff, et al.,<br><br>Defendant(s). | Case No. 24-cv-06901-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On August 12, 2025, the court screened plaintiff's pro se prisoner Second Amended Complaint (SAC) under 42 U.S.C. § 1983 alleging various violations of his federal rights while he was a pretrial detainee at the Sonoma County Jail (SCJ) in Santa Rosa, California, and dismissed the SAC with partial leave to amend within 28 days of the court's order. The court warned plaintiff that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." ECF No. 21 at 9.

More than 40 days have passed since the court's August 12, 2025, order and plaintiff has neither filed a Third Amended Complaint (TAC) or sought an extension of time to do so. Accordingly, the instant action is DISMISSED without prejudice.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: September 24, 2025

CHARLES R. BREYER
United States District Judge